```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/8/25
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CORY HARVEY, *as surviving spouse and personal representative of the estate of Keith Harvey, deceased, and on behalf of C.H.1 and C.H.2, surviving minor children of Keith Harvey*,

      Plaintiff,

  -against-

NATIONAL RAILROAD PASSENGER CORPORATION, d/b/a AMTRAK, et al.,

      Defendants.

24-CV-8838 (LAK) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The Court has received and reviewed plaintiff's September 3, 2025 motion to compel discovery and for sanctions (Dkt. 33), as well as defendants' letter-opposition. (Dkt. 35.) Plaintiff's optional response is due no later than **September 9, 2025**. *See* Moses Ind. Prac. § 2(e).

    If it has not done so yet, plaintiff must also promptly deliver to the Court a courtesy copy of its motion and accompanying exhibits. *See* Moses Ind. Prac. § 1(d).

Dated:  New York, New York
         September 8, 2025

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**