UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CORY HARVEY, *as surviving spouse and personal representative of the estate of Keith Harvey, deceased, and on behalf of C.H.1 and C.H.2, surviving minor children of Keith Harvey*,

        Plaintiff,

  -against-

NATIONAL RAILROAD PASSENGER CORPORATION, d/b/a AMTRAK, et al.,

        Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __10/6/25__

24-CV-8838 (LAK) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons discussed on the record during today's status and discovery conference:

### Plaintiff's Motion to Compel Discovery

Plaintiff's motion to compel discovery and for sanctions (Dkt. 33) is GRANTED to the extent that:

1. <u>Plaintiff's Interrogatory #4:</u> No later than **November 5, 2025**, defendants must answer Interrogatory #4 fully and in writing, under oath, in accordance with Fed. R. Civ. P. 33(b)(3).

2. <u>Plaintiff's Requests for Production (RFPs) #15-22, First Supplemental RFP #1, and Second RFPs #3 and #8</u>: No later than **November 5, 2025,** defendants must:

   a. Produce all non-privileged documents responsive to RFPs 15-17 (insofar as they concern the subject platform and staircase), RFPs 18-19, RFP 20-22 (insofar as they concern the subject platform, staircase, or barrier), First Supplemental RFP 1, Second RFP 3, and Second RFP 8 (including the notes taken at the scene of the accident by MTA Officer Schildt). Except as indicated here, defendants' objections on grounds other than privilege are overruled;

      b.    Serve their updated written responses to the same RFPs, in full compliance with Fed. R. Civ. P. 34(b)(2); and

      c.    If any documents are withheld on privilege grounds, serve a privilege log in full compliance with Local Civ. R. 26.2.

3. <u>Rule 37(a)(5) Sanctions</u>. No later than **November 5, 2025**, defendants must pay plaintiff her reasonable expenses incurred in making the instant motion, including attorneys' fees. Based on information provided during today's conference, the Court has determined the amount of the sanction to be $2,100, representing six hours of attorney time spent preparing the instant motion and preparing for today's conference, at the rate of $350 per hour. Should defendants fail to comply with this Order, additional sanctions may be imposed pursuant to Rule 37(b)(2)(A), up to and including contempt sanctions.

4. <u>Each Defendant Must Comply</u>. The Court notes that although more than six months have now elapsed since plaintiff served her initial RFPs, defendants continue to report – as to the interrogatory and document requests referenced above – that a search "is being conducted" or that the documents or information have been "requested," without any firm deadline for production. The Court has now set such a deadline, 30 days hence. Each of the three defendants in this action is hereby reminded that it has an individual obligation to make a timely and thorough search for responsive documents and information, so as to comply with the Federal Rules of Civil Procedure and this Order. This means, among other things, that defendants Amtrak and MTA may no longer rely on defendant LIRR as an intermediary to communicate with counsel. Rather, each defendant must identify an appropriate representative to work directly with counsel to ensure that it complies with the relevant Rules and – if necessary – to testify as to the efforts it made to do so.

**Discovery Extension**

5.  The parties' deadline to complete fact discovery is hereby EXTENDED to **December 19, 2025**. No further extensions of the fact discovery deadline will be granted absent compelling circumstances.

6.  Except as modified above, all provisions of the Court's Initial Case Management Order (Dkt. 23) remain in effect.

Counsel for defendants must provide a copy of this order directly to an appropriate representative of each defendant and, if necessary, explain the risks of noncompliance.

The Clerk of Court is respectfully directed to close the motion at Dkt. 33.

Dated: New York, NY  　　　　　　　　SO ORDERED.
　　　　October 6, 2025

_____
**BARBARA MOSES**
**United States Magistrate Judge**