**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CORY HARVEY, *as surviving spouse and personal representative of the estate of Keith Harvey, deceased, and on behalf of C.H.1 and C.H.2, surviving minor children of Keith Harvey,*

        Plaintiff,

    -against-

NATIONAL RAILROAD PASSENGER CORPORATION, d/b/a AMTRAK, METROPOLITAN TRANSIT AUTHORITY, a/k/a MTA, and LONG ISLAND RAILROAD d/b/a MTA Long Island Railroad,

        Defendants.

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __10/8/25__

Case No.: 1:24-cv-08838

UNITED STATES MAGISTRATE
JUDGE BARBARA MOSES

## PLAINTIFFS' MOTION TO SEAL

Plaintiff, Cory Harvey, *as surviving spouse and personal representative of the estate of Keith Harvey, deceased, and on behalf of C.H.1 and C.H.2, surviving minor children of Keith Harvey* (hereinafter "Plaintiff"), by way of her attorneys, KREINDLER & KREINDLER LLP, respectfully serves this motion to seal Exhibit 6 of her brief in support of her motion to compel discovery and for sanctions.

Exhibit 6 (attached) contains screen grabs from a surveillance video produced by Defendants in this litigation, depicting the decedent moments before and at the moment of impact with the LIRR train causing his demise. Accordingly, there is good cause to seal this exhibit.

WHEREFORE, Plaintiff respectfully requests that the Court seal Exhibit 6.

Dated: New York, New York
September 3, 2025

> Plaintiff's unopposed sealing application is hereby GRANTED. However, plaintiff is reminded that pursuant to Moses Ind. Prac. § 3(b), letter-motions to seal are to be filed in public view. The Clerk of Court is respectfully directed to close the motion at Dkt. 34. SO ORDERED.
>
> *[signature]*
> Barbara Moses
> United States Magistrate Judge
> October 8, 2025

        Respectfully submitted,
        KREINDLER & KREINDLER LLP

By: _____
        Andrew J. Maloney, III, Esq.
        Taylor Sandella, Esq.
        485 Lexington Avenue
        New York, New York 10017
        (212) 973-3438

*Attorneys for Plaintiff*