**MEMO ENDORSED**    **KREINDLER**

KREINDLER & KREINDLER LLP | 485 Lexington Avenue | New York, NY 10017-2⸺

office: 212.687.8181 | fax: 212.972.9432 | www.kreindler.com

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: _1/30/26_

January 29, 2026

**Via ECF**
Magistrate Judge Barbara Moses
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 740
New York, NY 10007
Telephone: (212) 805-0228

> Application GRANTED. The Clerk of Court is respectfully directed to close the motion at Dkt. 56. SO ORDERED.
>
> Barbara Moses
> United States Magistrate Judge
> January 30, 2026

Re:   **Cory Harvey, as Surviving Spouse and Personal Representative of the Estate of Keith Harvey, Deceased, and on Behalf of C.H.1 And C.H.2, Surviving Minor Children of Keith Harvey v. Metropolitan Transit Authority a/k/a MTA, Long Island Railroad d/b/a MTA Long Island Railroad (LIRR), and National Railroad Passenger Corporation d/b/a Amtrak**
**Docket No.: 1:24-cv-08838-LAK-BCM**

### PLAINTIFF'S NOTICE TO WITHDRAW THE MOTION FOR SANCTIONS FOR FAILURE TO PROVIDE PROPER 30(b)(6) WITNESSES FOR DEPOSITION (ECF. No. 56)

Dear Magistrate Judge Moses,

The parties have settled the underlying dispute behind Plaintiff's pending Motion for Sanctions for Failure to Provide Proper 30(b)(6) Witnesses for Deposition (ECF No. 56). Plaintiff hereby moves to withdraw the motion (ECF No. 56) and respectfully requests this Honorable Court to close the open motion.

We sincerely thank the Court for its attention and consideration to this important matter.

Respectfully submitted,
KREINDLER & KREINDLER LLP

By: _____
Andrew J. Maloney, III, Esq.
Taylor Sandella, Esq.
485 Lexington Avenue
New York, New York 10017
(212) 973-3438

*Attorneys for Plaintiff*

**New York**                **Boston**                **Los Angeles**

CC:

Helene Rachel Hechtkopf
Ira Jonathan Lipton
Miriam Jerry Manber
Connor George Shea
Hoguet Newman Regal & Kenney, LLP
60 East 42nd Street, 48th Floor
New York, NY 10165
212-689-8808
hhechtkopf@hnrklaw.com
ilipton@hnrklaw.com
mmanber@hnrklaw.com
cshea@hnrklaw.com

Karla R. Alston, Esq.
Joel Scott Ray, Esq.
KREZ & FLORES, LLP
225 Broadway, Suite 2800
New York, NY 10007
(212) 266-0400
kalston@krezflores.com
jray@krezflores.com

*Attorneys for Defendants*
*METROPOLITAN TRANSIT AUTHORITY, a/k/a MTA,*
*and LONG ISLAND RAILROAD d/b/a MTA Long Island Railroad,* and
*NATIONAL RAILROAD PASSENGER CORPORATION,*
*d/b/a AMTRAK*