UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CORY HARVEY, *as surviving spouse and personal representative of the estate of Keith Harvey, deceased, and on behalf of C.H.1 and C.H.2, surviving minor children of Keith Harvey*,

    Plaintiff,

  -against-

NATIONAL RAILROAD PASSENGER CORPORATION, d/b/a AMTRAK, et al.,

    Defendants.

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  __3/18/26__

24-CV-8838 (LAK) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons discussed on the record during the March 18, 2026 status conference, the fact discovery deadline is hereby EXTENDED to **April 17, 2026**, for the limited purpose of allowing defendants to satisfy their outstanding discovery obligations to plaintiff.

Defendants must complete all outstanding document production no later than **April 3, 2026**. Defendants must produce a complete privilege log no later than **April 10, 2026**. The remaining fact deposition, of Mark Frascella, must be completed by **April 17, 2026**.

The Court will hold a status conference on **July 1, 2026 at 10:00 a.m.** No later than **June 24, 2026**, the parties must submit a joint status update letter outlining the progress of discovery, as well as any settlement efforts.

The expert discovery deadlines previously set by the Court (*see* Dkt. 62) remain in effect. Except as modified herein, all provisions of the Court's Initial Case Management Order (Dkt. 23), including deadlines for summary judgment motions, remain in effect.

Dated: New York, NY
   March 18, 2026

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**