# HOGUET NEWMAN REGAL & KENNEY, LLP

One Grand Central Place
60 East 42nd Street, 48th Floor
New York, New York 10165

Tel  212.689.8808
Fax  212.689.5101
www.hnrklaw.com

ilipton@hnrklaw.com

June 12, 2026

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ____06/15/26____

**VIA ECF**

Hon. Barbara Moses
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 740
New York, NY 10007
Telephone: (212) 805-0228

## MEMO ENDORSED

**Re:**   *Harvey v. National Railroad Passenger Corp., et al.*, **Case No. 24-cv-8838 (LAK) (BCM)**

Dear Judge Moses:

We represent defendants in the above-referenced action and write to request that the status conference now scheduled for July 1, 2026, be rescheduled by one week, to July 8, 2026. The reason for this request is that I will be out of the country from June 22 through July 6. Plaintiff's counsel, Mr. Maloney, has given me his consent for this request.

Thank you for your attention to this matter.

Respectfully submitted,

Ira J. Lipton

cc:    All parties of record
       (via ECF)

---

Application GRANTED. The status conference currently scheduled for July 1, 2026 at 10:00 a.m. is hereby ADJOURNED to **July 8, 2026** at **10:00 a.m.** SO ORDERED.

_____
**Barbara Moses**
**United States Magistrate Judge**
**June 15, 2026**